IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WALTER JAMES AVERY, ) | |
| AIS 184038, ) | |
|  ) | |
|  Plaintiff, ) | |
|  ) | |
|  v. ) | CASE NO. 3:23-CV-131-RAH |
|  ) | |
| SCOTT PATRICK, *et al.*, ) | |
|  ) | |
|  Defendants. ) | |

## **O R D E R**

On March 29, 2023, the Magistrate Judge entered a Recommendation that this case should be dismissed without prejudice for failure to pay the full filing and administrative fees upon initiation of this case. (Doc. 4.) Specifically, the Magistrate Judge recommended that Plaintiff Walter James Avery's § 1983 action should be dismissed based on the "three-strike" provision of 28 U.S.C. § 1915(g). On April 7, 2023, Plaintiff Walter James Avery filed an Objection, asserting the Court encouraged him to seek leave to proceed in forma pauperis and therefore should have taken his money from his prison account outside of its normal procedure. (Doc. 5.) As discussed in the Recommendation, Plaintiff does not qualify to proceed *in forma pauperis* in this case.

After careful review and consideration of the Objection, and upon independent review of the Recommendation of the Magistrate Judge and file in this case, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 4) is ADOPTED.

2. The Objection (Doc. 5) is OVERRULED.

3. This case is DISMISSED without prejudice.

DONE, on this the 4th day of May 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE